168 So.2d 627

Ex parte Richard H. WRIGHT.

6 Div. 73.

Court of Appeals of Alabama.

Nov. 3, 1964.

Richard H. Wright, pro se.

Richmond M. Flowers, Atty. Gen., and Owen Bridges, Asst. Atty. Gen., for the State.

CATES, Judge.

In this petition for a writ of error, it is claimed that petitioner is in Kilby Prison for a debt, i. e., an unpaid hotel bill.

Aside from the nuances of the law against obtaining lodging without intent to pay, we note that the petitioner alleges no error of law to be apparent on the record of the circuit court which tried him.

Dismissed.